THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. |
| TIMOTHY K. GOAR, | ) ) ) |
| Defendant. | ) |

## COMPLAINT

The United States of America sues Defendant, Timothy K. Goar, for the sum of $5,358.13 plus accruing interest, and filing fees. For its cause of action, the United States alleges as follows:

1. This court has jurisdiction under Title 28 U.S.C. §1345.

2. Defendant is an individual subject to the jurisdiction of this court.

3. Defendant owes Plaintiff the principal sum of $5,358.13, plus accruing per diem interest as set forth in the Certificate of Indebtedness, which is attached as Exhibit A.

4. The facts stated in Exhibit A are incorporated herein as additional allegations of facts.

5. Plaintiff has demanded payment from Defendant, but none of the aforesaid sum has been paid.

WHEREFORE, Plaintiff demands judgment against Defendant for the following sums:

a. $5,358.13 ($2,763.08 principal, $2,595.05 interest, and administrative charges, if any, shown on Exhibit A);

b. Interest at the rate of 5.01 percent *per annum*, accruing from July 11, 2007, until the entry of judgment;

1

c.  Interest after judgment pursuant to the provisions of 28 U.S.C. § 1961(b); and

d.  Filing fees in the amount of $350.00 pursuant to 28 U.S.C. § 2412(a)(2).

The Plaintiff prays for all further relief that the court finds to be just.

>Respectfully submitted,
>
>JERRY E. MARTIN
>UNITED STATES ATTORNEY
>MIDDLE DISTRICT OF TENNESSEE
>
>BY: *(signature)*
>MICHAEL L. RODEN
>Assistant United States Attorney
>B.P.R. No. 010595
>Suite A-961, 110 Ninth Avenue, South
>Nashville, Tennessee 37203
>Telephone: (615) 736-5151